UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHAD CARTER,

                Plaintiff,

    v.

DHANANJAY SETT,

                Defendant.

**ORDER OF DISMISSAL**

23 Civ. 4896 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Dhananjay Sett initiated the instant action by filing a Notice of Removal to transfer a civil action from the United States District Court for the Western District of Louisiana to this District. (Dkt. No. 1) Removal applies to cases pending in state courts and not to actions pending in federal court. See 28 U.S.C. § 1441(a). Moreover, the Western District of Louisiana has already denied Defendant's motion to transfer. (Chad Carter v. Dhananjay Sett, No. 2:23-cv-00655 (W.D. La.) (Dkt. No. 13)) Accordingly, Defendant Sett's motion is denied, and the action is dismissed.

Dated:  New York, New York
         February 27, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge